AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Kathleen A. Svetz )<br>*Plaintiff* )<br>v. )<br>Plan Administrator, Sun Life Assurance Co. of Canada )<br>*Defendant* ) | Case No. 1-21-cv |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kathleen A. Svetz

Date:  07/26/2021

/s  Emmanuel F. Guyon
*Attorney's signature*

IL ARDC 1090666
*Printed name and bar number*
Guyon Law Office
105 East Bridge Street
Streator, IL  61364

*Address*

bglaw@mediacombb.net
*E-mail address*

(815) 673-2361
*Telephone number*

*FAX number*